# **CERTIFICATION OF NO PAY ADVICES**

RE:   Charles R Chadwick                                                                  CHAPTER 7
      Carin E Chadwick

    Debtors

We, Charles R Chadwick and Carin E Chadwick, the above-captioned Debtors, hereby verify and certify under penalty of law that we have received no payment from any employer in the last 60 days prior to the filing of a petition in bankruptcy. With reference to 11 U.S.C. §521(a)(1)(B)(iv), then, there do not exist any payment advices for income earned in the last 60 days prior to filing.

DATE:        5/24/23                                          /s/  Charles R Chadwick

                                                        /s/  Carin E Chadwick