# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 5/25/2023 |
| Case: 23−21124−GLT | Form ID: 309A | Total: 41 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Charles R Chadwick | 3519 Ivy Drive   Murrysville, PA 15668 |
| jdb | Carin E Chadwick | 3519 Ivy Drive   Murrysville, PA 15668 |
| ust | Office of the United States Trustee | Liberty Center.   1001 Liberty Avenue, Suite 970   Pittsburgh, PA 15222 |
| tr | Charles O. Zebley, Jr. | P.O. Box 2124   Uniontown, PA 15401 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C.   601 Grant Street, 9th Floor   Pittsburgh, PA 15219 |
| aty | David J. Romito | 117 Fox Plan Road, Suite 303   Monroeville, PA 15146 |
| aty | Keri P. Ebeck | Bernstein−Burkley   601 Grant Street, 9th Floor   Pittsburgh, PA 15219 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division   P.O. Box 280946   Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946   P.O. Box 280946   ATTN: BANKRUPTCY DIVISION   Harrisburg, PA 17128−0946 |
| 15603669 | Brennan & Clark | 721 East Madison Street   Suite 200   Villa Park, IL 60181 |
| 15603670 | Capital One Auto Finance | PO Box 60511   City Of Industry, CA 91716−0511 |
| 15603671 | Capital One Bank | PO Box 71083   Charlotte, NC 28272−1083 |
| 15603672 | Capital One Bank | PO Box 71087   Charlotte, NC 28272−1087 |
| 15603673 | Comenity − CosmoProf | PO Box 650964   Dallas, TX 75265−0964 |
| 15603674 | Credit One Bank | PO Box 60500   City Of Industry, CA 91716−0500 |
| 15603675 | Credit One Bank | PO Box 98873   Las Vegas, NV 89193−8873 |
| 15603677 | Discover | PO Box 30923   Salt Lake City, UT 84130 |
| 15603678 | Discover | PO Box 30943   Salt Lake City, UT 84130−0943 |
| 15603676 | Discover | PO Box 6103   Carol Stream, IL 60197−6103 |
| 15603679 | Erie Insurance | 100 Erie Insurance Place   Erie, PA 16530 |
| 15603680 | First National Bank | 4140 E State St   Hermitage, PA 16148 |
| 15603681 | Firstsource Advantage, LLC | 205 Bryant Woods South   Amherst, NY 14228 |
| 15603682 | Firstsource Advantage, LLC | PO Box 628   Buffalo, NY 14240−0628 |
| 15603683 | Keystone Collections Group | PO Box 499   Irwin, PA 15642 |
| 15603684 | LVNV Funding LLC | c/o Resurgent Capital Services   PO Box 1269   Greenville, SC 29603 |
| 15603685 | McCarthy, Burgess & Wolff, Inc. | 26000 Cannon Road   Cleveland, OH 44146 |
| 15603686 | PNC Mortgage | PO Box 1820   Dayton, OH 45401−1820 |
| 15603687 | Radius Global Solutions LLC | 7831 Glenroy Rd., Ste 250−A   Minneapolis, MN 55439 |
| 15603688 | Radius Global Solutions LLC | PO Box 390846   Minneapolis, MN 55439 |
| 15603689 | Resurgent / LVNV Funding | PO Box 1269   Greenville, SC 29603 |
| 15603690 | Resurgent Capital Services | PO Box 510090   Livonia, MI 48151−6090 |
| 15603691 | Rt. 22 Self−Storage | 3249 Miracle Lane   Murrysville, PA 15668 |
| 15603692 | Sam's Club MC/SyncB | PO Box 960013   Orlando, FL 32896−0013 |
| 15603693 | Small Business Administration | 14925 Kingsport Road   Fort Worth, TX 76155−2243 |
| 15603694 | Synchrony Bank | PO Box 965004   Orlando, FL 32896−5004 |
| 15603695 | The Sherwin−Williams Company | 4325−27 Easton Ave.   Bethlehem, PA 18020 |
| 15603696 | The Sherwin−Williams Company | 646 E Pittsburgh St.   Greensburg, PA 15601−2653 |
| 15603700 | U.S. Small Business Administration | 3 Parkway Center, Suite 375   Pittsburgh, PA 15220 |
| 15603698 | U.S. Small Business Administration | 409 3rd St, SW.   Washington, DC 20416 |
| 15603699 | U.S. Small Business Administration | 411 Seventh Ave #1450   Pittsburgh, PA 15219 |
| 15603697 | U.S. Small Business Administration | Disaster Assistance   Processing and Disbursement Center   14925 Kingsport Road   Fort Worth, TX 76155 |

TOTAL: 41