**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charles R. Chadwick fbda Artisan Home Exteriors, LLC | CHAPTER 7 |
| Carin E. Chadwick aka Carin Hazeltine Chadwick fka Carin Elizabeth Hazeltine | BKY. NO. 23-21124 GLT |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
17 Jul 2023, 17:29:53, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com