# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 10/6/2023 |
| Case: 23−21124−GLT | Form ID: 318 | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr      PNC Bank, National Association

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr  | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | David J. Romito | romitoesq@verizon.net |
| aty | Denise Carlon | dcarlon@kmllawgroup.com |
| aty | Jeffrey Hunt | ecfpeoples@grblaw.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Charles R. Chadwick | 3519 Ivy Drive    Murrysville, PA 15668 |
| jdb | Carin E. Chadwick | 3519 Ivy Drive    Murrysville, PA 15668 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C.    601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| cr | Peoples Natural Gas Company LLC | GRB Law    c/o Jeffrey R. Hunt, Esquire    525 William Penn Place, Suite 3110    Pittsburgh, PA 15219 UNITED STATES |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 15603669 | Brennan & Clark | 721 East Madison Street    Suite 200    Villa Park, IL 60181 |
| 15603670 | Capital One Auto Finance | PO Box 60511    City Of Industry, CA 91716−0511 |
| 15603671 | Capital One Bank | PO Box 71083    Charlotte, NC 28272−1083 |
| 15603672 | Capital One Bank | PO Box 71087    Charlotte, NC 28272−1087 |
| 15603673 | Comenity − CosmoProf | PO Box 650964    Dallas, TX 75265−0964 |
| 15603674 | Credit One Bank | PO Box 60500    City Of Industry, CA 91716−0500 |
| 15603675 | Credit One Bank | PO Box 98873    Las Vegas, NV 89193−8873 |
| 15603677 | Discover | PO Box 30923    Salt Lake City, UT 84130 |
| 15603678 | Discover | PO Box 30943    Salt Lake City, UT 84130−0943 |
| 15603676 | Discover | PO Box 6103    Carol Stream, IL 60197−6103 |
| 15603679 | Erie Insurance | 100 Erie Insurance Place    Erie, PA 16530 |
| 15603680 | First National Bank | 4140 E State St    Hermitage, PA 16148 |
| 15603681 | Firstsource Advantage, LLC | 205 Bryant Woods South    Amherst, NY 14228 |
| 15603682 | Firstsource Advantage, LLC | PO Box 628    Buffalo, NY 14240−0628 |
| 15603683 | Keystone Collections Group | PO Box 499    Irwin, PA 15642 |
| 15603684 | LVNV Funding LLC | c/o Resurgent Capital Services    PO Box 1269    Greenville, SC 29603 |
| 15603685 | McCarthy, Burgess & Wolff, Inc. | 26000 Cannon Road    Cleveland, OH 44146 |
| 15603686 | PNC Mortgage | PO Box 1820    Dayton, OH 45401−1820 |
| 15603687 | Radius Global Solutions LLC | 7831 Glenroy Rd., Ste 250−A    Minneapolis, MN 55439 |
| 15603688 | Radius Global Solutions LLC | PO Box 390846    Minneapolis, MN 55439 |
| 15603689 | Resurgent / LVNV Funding | PO Box 1269    Greenville, SC 29603 |
| 15603690 | Resurgent Capital Services | PO Box 510090    Livonia, MI 48151−6090 |
| 15603691 | Rt. 22 Self−Storage | 3249 Miracle Lane    Murrysville, PA 15668 |
| 15603692 | Sam's Club MC/SyncB | PO Box 960013    Orlando, FL 32896−0013 |
| 15603693 | Small Business Administration | 14925 Kingsport Road    Fort Worth, TX 76155−2243 |
| 15603694 | Synchrony Bank | PO Box 965004    Orlando, FL 32896−5004 |
| 15603695 | The Sherwin−Williams Company | 4325−27 Easton Ave.    Bethlehem, PA 18020 |
| 15603696 | The Sherwin−Williams Company | 646 E Pittsburgh St.    Greensburg, PA 15601−2653 |
| 15603700 | U.S. Small Business Administration | 3 Parkway Center, Suite 375    Pittsburgh, PA 15220 |
| 15603698 | U.S. Small Business Administration | 409 3rd St, SW.    Washington, DC 20416 |
| 15603699 | U.S. Small Business Administration | 411 Seventh Ave #1450    Pittsburgh, PA 15219 |
| 15603697 | U.S. Small Business Administration | Disaster Assistance    Processing and Disbursement Center    14925 Kingsport Road    Fort Worth, TX 76155 |

TOTAL: 39