**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles R. Chadwick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1363<br>EIN   81-3771624 |
| Debtor 2<br>(Spouse, if filing) | Carin E. Chadwick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9613<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23-21124-GLT | |

## Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles R. Chadwick
fdba Artisan Home Exteriors, LLC

Carin E. Chadwick
aka Carin Hazeltine Chadwick, fka Carin Elizabeth Hazeltine

10/6/23

**By the court:**   Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-21124-GLT

Charles R. Chadwick     Chapter 7

Carin E. Chadwick

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Oct 06, 2023     Form ID: 318     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639 |
| 15603683 | + | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15603685 | + | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 15603691 | + | Rt. 22 Self-Storage, 3249 Miracle Lane, Murrysville, PA 15668-1838 |
| 15603695 | + | The Sherwin-Williams Company, 4325-27 Easton Ave., Bethlehem, PA 18020-1431 |
| 15603696 | | The Sherwin-Williams Company, 646 E Pittsburgh St., Greensburg, PA 15601-2653 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 07 2023 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 07 2023 03:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2023 23:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 07 2023 03:51:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 06 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 06 2023 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15603669 | + | Email/Text: updates@brennanclark.com | Oct 06 2023 23:56:00 | Brennan & Clark, 721 East Madison Street, Suite 200, Villa Park, IL 60181-3083 |
| 15603670 | | EDI: CAPONEAUTO.COM | Oct 07 2023 03:51:00 | Capital One Auto Finance, PO Box 60511, City Of Industry, CA 91716-0511 |
| 15603671 | | EDI: CAPITALONE.COM | Oct 07 2023 03:51:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 15603672 | EDI: CAPITALONE.COM | Oct 07 2023 03:51:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15603673 | ^ MEBN | Oct 06 2023 23:51:07 | Comenity - CosmoProf, PO Box 650964, Dallas, TX 75265-0964 |
| 15603674 | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2023 23:57:12 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15603675 | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2023 23:57:10 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15603678 | EDI: DISCOVER.COM | Oct 07 2023 03:51:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15603676 | EDI: DISCOVER.COM | Oct 07 2023 03:51:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15603677 | + EDI: DISCOVER.COM | Oct 07 2023 03:51:00 | Discover, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 15603679 | + Email/Text: bankruptcy@erieinsurance.com | Oct 06 2023 23:56:08 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 15603680 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 06 2023 23:55:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15603681 | + Email/Text: crdept@na.firstsource.com | Oct 06 2023 23:56:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 15603682 | Email/Text: crdept@na.firstsource.com | Oct 06 2023 23:56:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15603684 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 23:56:58 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15603685 | ^ MEBN | Oct 06 2023 23:51:48 | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 15603686 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2023 23:55:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401-1820 |
| 15603688 | + Email/Text: ngisupport@radiusgs.com | Oct 06 2023 23:55:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15603687 | + Email/Text: ngisupport@radiusgs.com | Oct 06 2023 23:55:00 | Radius Global Solutions LLC, 7831 Glenroy Rd., Ste 250-A, Minneapolis, MN 55439-3132 |
| 15603689 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 23:57:11 | Resurgent / LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15603690 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 23:57:11 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 15603700 | Email/Text: wpainfo@sba.gov | Oct 06 2023 23:55:12 | U.S. Small Business Administration, 3 Parkway Center, Suite 375, Pittsburgh, PA 15220 |
| 15603699 | Email/Text: wpainfo@sba.gov | Oct 06 2023 23:55:12 | U.S. Small Business Administration, 411 Seventh Ave #1450, Pittsburgh, PA 15219 |
| 15603692 | EDI: RMSC.COM | Oct 07 2023 03:51:00 | Sam's Club MC/SyncB, PO Box 960013, Orlando, FL 32896-0013 |
| 15603693 | Email/Text: PDELINQ@sba.gov | Oct 06 2023 23:55:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 15603694 | EDI: RMSC.COM | Oct 07 2023 03:51:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15603697 | + Email/Text: PDELINQ@sba.gov | Oct 06 2023 23:55:00 | U.S. Small Business Administration, Disaster Assistance, Processing and Disbursement Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

| 15603698 | + | Email/Text: bankruptcynotices@sba.gov | Oct 06 2023 23:55:00 | U.S. Small Business Administration, 409 3rd St, SW., Washington, DC 20416-0002 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC Bank, National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| David J. Romito | on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net romitoesq@comcast.net |
| David J. Romito | on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net romitoesq@comcast.net |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 8