Zebley Mehalov & White, P.C. Timekeepers
and Current Hourly Rates

Partners:

| | |
|---|---|
| CHARLES O. ZEBLEY, JR.* | $350/hour |
| DANIEL R. WHITE | $250/hour |
| Mark M. Mehalov | $250/hour |

Associates

| | |
|---|---|
| SARAH E. CONNELLY | $175 /hour |

Legal Assistants

| | |
|---|---|
| MARY S. ZEBLEY | $100/hour |
| LYNDIE QUIGLEY* | $75/hour |

Attorney Charles O. Zebley, Jr. is the supervising attorney for the case.

All capital letters indicate timekeepers who primarily handle bankruptcy cases for the firm.

An asterisk (*) indicates those who the supervising attorney expects will chiefly work on this case.

Timekeepers will keep time by tenths of an hour.

ZEBLEY MEHALOV & WHITE, P.C.

October 12, 2023                         BY /s/ Charles O. Zebley, Jr.
                                         Charles O. Zebley, Jr., Esquire

**Exhibit "A"**