IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-21124 GLT |
| | ) | |
| Charles R. Chadwick and | ) | Chapter 7 |
| Carin E. Chadwick, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles R. Chadwick and | ) | |
| Carin E. Chadwick,, | | |

    Debtors/Respondents.

## VERIFIED STATEMENT OF PROPOSED ATTORNEY

Attorney Charles O. Zebley, Jr. on behalf of himself and the law firm of Zebley Mehalov & White, P.C. states as follows and declares under penalty of perjury:

1. That he is an attorney admitted to practice law in the Commonwealth of Pennsylvania and before the United States District Court for the Western District of Pennsylvania, and maintains a law office at 18 Mill Street Square, P.O. Box 2123, Uniontown, Pennsylvania 15401 with the law firm of Zebley Mehalov & White, P.C. of which he is a shareholder.

2. That neither he nor anyone affiliated with Zebley Mehalov & White, P.C. have any connection with the debtor, creditors, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee. He is, however, on the panel of chapter 7 trustees for the Western District of Pennsylvania.

3. That he submits this statement in accordance with Federal Rule of Bankruptcy Procedure 2014(a) in connection with and support of Trustee's Motion to be appointed as attorney pro se.

4. That he is a disinterested person and does not hold or represent an interest adverse to the estate with respect to the matters on which he is proposed to be employed.

5. That he has not shared or agreed to share any portion of the compensation paid or to be paid in connection with this case.

        ZEBLEY MEHALOV & WHITE, P.C.

Dated: October 12, 2023        BY/s/ Charles O. Zebley, Jr.
        Charles O. Zebley, Jr., Esquire
        PA I.D. No.: 28980
        Zebley Mehalov & White, P.C.
        P.O. Box 2124
        Uniontown, PA 15401
        (724) 439-9200
        Email: COZ@Zeblaw.com

**Exhibit "B"**