# Notice Recipients

District/Off: 0315−2   User: auto   Date Created: 10/13/2023
Case: 23−21124−GLT   Form ID: pdf900   Total: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | David J. Romito | romitoesq@verizon.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Charles R. Chadwick | 3519 Ivy Drive | Murrysville, PA 15668 |
| jdb | Carin E. Chadwick | 3519 Ivy Drive | Murrysville, PA 15668 |

TOTAL: 2