Form 154

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

23

In re:                                                                    Bankruptcy Case No.: 23−21124−GLT

Chapter: 7

**Charles R. Chadwick**
**fdba Artisan Home Exteriors, LLC**     Carin E. Chadwick
81−3771624                               aka Carin Hazeltine Chadwick, fka Carin Elizabeth Hazeltine
   Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 22, 2023**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                      Michael R. Rhodes
   U.S. Bankruptcy Court                                                *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 10/13/23

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21124-GLT |
| Charles R. Chadwick | Chapter 7 |
| Carin E. Chadwick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 13, 2023 | Form ID: 154 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639 |
| 15603683 | + | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15603685 | + | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 15603691 | + | Rt. 22 Self-Storage, 3249 Miracle Lane, Murrysville, PA 15668-1838 |
| 15603695 | + | The Sherwin-Williams Company, 4325-27 Easton Ave., Bethlehem, PA 18020-1431 |
| 15603696 | | The Sherwin-Williams Company, 646 E Pittsburgh St., Greensburg, PA 15601-2653 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 14 2023 03:53:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 14 2023 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 14 2023 00:06:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15603669 | + | Email/Text: updates@brennanclark.com | Oct 14 2023 00:08:00 | Brennan & Clark, 721 East Madison Street, Suite 200, Villa Park, IL 60181-3083 |
| 15603670 | | EDI: CAPONEAUTO.COM | Oct 14 2023 03:53:00 | Capital One Auto Finance, PO Box 60511, City Of Industry, CA 91716-0511 |
| 15603671 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15603672 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15603673 | ^ | MEBN | Oct 13 2023 23:56:54 | Comenity - CosmoProf, PO Box 650964, Dallas, TX 75265-0964 |
| 15603674 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2023 00:21:01 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15603675 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2023 00:09:37 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15603678 | | EDI: DISCOVER.COM | Oct 14 2023 03:53:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15603676 | | EDI: DISCOVER.COM | Oct 14 2023 03:53:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15603677 | + | EDI: DISCOVER.COM | Oct 14 2023 03:53:00 | Discover, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 15603679 | + | Email/Text: bankruptcy@erieinsurance.com | Oct 14 2023 00:08:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 15603680 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 14 2023 00:06:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15603681 | + | Email/Text: crdept@na.firstsource.com | Oct 14 2023 00:08:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 15603682 | | Email/Text: crdept@na.firstsource.com | Oct 14 2023 00:08:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15603684 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:10:19 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15603685 | ^ | MEBN | Oct 13 2023 23:56:57 | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 15603686 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2023 00:06:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401-1820 |
| 15603688 | + | Email/Text: ngisupport@radiusgs.com | Oct 14 2023 00:06:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15603687 | + | Email/Text: ngisupport@radiusgs.com | Oct 14 2023 00:06:00 | Radius Global Solutions LLC, 7831 Glenroy Rd., Ste 250-A, Minneapolis, MN 55439-3132 |
| 15603689 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:50 | Resurgent / LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15603690 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:31:50 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 15603700 | | Email/Text: wpainfo@sba.gov | Oct 14 2023 00:06:00 | U.S. Small Business Administration, 3 Parkway Center, Suite 375, Pittsburgh, PA 15220 |
| 15603699 | | Email/Text: wpainfo@sba.gov | Oct 14 2023 00:06:00 | U.S. Small Business Administration, 411 Seventh Ave #1450, Pittsburgh, PA 15219 |
| 15603692 | | EDI: RMSC.COM | Oct 14 2023 03:53:00 | Sam's Club MC/SyncB, PO Box 960013, Orlando, FL 32896-0013 |
| 15603693 | | Email/Text: PDELINQ@sba.gov | Oct 14 2023 00:06:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 15603694 | | EDI: RMSC.COM | Oct 14 2023 03:53:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15603697 | + | Email/Text: PDELINQ@sba.gov | Oct 14 2023 00:06:00 | U.S. Small Business Administration, Disaster Assistance, Processing and Disbursement Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 15603698 | + | Email/Text: bankruptcynotices@sba.gov | Oct 14 2023 00:05:00 | U.S. Small Business Administration, 409 3rd St, SW., Washington, DC 20416-0002 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 154 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

**Name** **Email Address**

Charles O. Zebley, Jr.
on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

David J. Romito
on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net  romitoesq@comcast.net

David J. Romito
on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net  romitoesq@comcast.net

Denise Carlon
on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8