```
                                                                    FILED
                                                                    10/13/23 2:04 pm
                                                                    CLERK
              IN THE UNITED STATES BANKRUPTCY COURT                 U.S. BANKRUPTCY
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA               COURT - WDPA
```

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-21124 GLT |
| | ) | |
| Charles R. Chadwick and | ) | Chapter 7 |
| Carin E. Chadwick, | ) | |
| | ) | Document No.: _____ |
| Debtors. | ) | |
| | ) | Related to Doc. No.: 21 |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles R. Chadwick and | ) | |
| Carin E. Chadwick,, | ) | |
| | ) | |
| Debtors/Respondents. | ) | |

### ORDER APPROVING COUNSEL FOR THE TRUSTEE

AND NOW, this __13th__ day of __October__, 2023, upon consideration of the Motion of Trustee to Appoint his Own Attorney, filed at Doc. No. __21__ (the "motion"), it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1)   The Motion is approved as of the date the Motion was filed.

(2)   Charles O. Zebley, Jr., Esquire and Zebley Mehalov & White, P.C., P.O. Box 2124, Uniontown, Pennsylvania 15401, are hereby appointed as Attorneys for the Trustee in this bankruptcy proceeding for the reasons set forth in the Motion.

(3)   Professional persons of entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee

is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4)  Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5)  Applicant shall serve this Order on all interested parties and file a certificate of service.

Order prepared by Charles O. Zebley, Jr., Esquire

BY THE COURT

Dated: __October 13__, 2023

_____J.
Gregory R. Taddonio    hct
United States Bankruptcy Judge

cc: Debtor
    Counsel
    Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21124-GLT |
| Charles R. Chadwick | Chapter 7 |
| Carin E. Chadwick | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023             Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| David J. Romito | on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net romitoesq@comcast.net |
| David J. Romito | on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net romitoesq@comcast.net |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
           on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
           jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8