FILED
3/4/24 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 23-21124-GLT |
| **CHARLES R. CHADWICK and**, | : | Chapter 7 |
| **CARIN E. CHADWICK,** | : | |
| *Debtor*. | : | Related to Doc. No. 20 |
| | : | |
| | : | |

# ORDER

On October 12, 2023, the chapter 7 trustee filed a *Notice of Assets & Request for Notice to Creditors* [Dkt. No.20]. The Court requires a status update. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Chapter 7 Trustee shall file a status report **no later than 30 days** from the date of this Order. The status report shall include the following:

(1) A copy of the Form I, Individual Estate Property Record and Report, which is prepared for the United States Trustee's Report;

(2) If not previously filed, a report of all sales and copies of settlement sheets; or if a sale of property is contemplated, an expected date by which the sale should be scheduled; and

(3) A statement as to what further action is needed to move the case toward closure including final distribution, an expected date for filing the final account and proposed order of distribution, and the current balance in any account.

It is **FURTHER ORDERED** that if the case is ready to be closed, the Chapter 7 Trustee shall file one of following in lieu of a Status Report:

(a) A Report of Trustee in No-Asset Case; or

(b) A Proof of Transmittal Indicating that the Final Account and Proposed Order of Distribution has been forwarded to the Office of the U.S. Trustee for review; or

(c) A Proof of Transmittal of Zero Balance Statement, with original Zero

Balance Statement and canceled checks being served upon the U.S. Trustee.

It is **FURTHER ORDERED** that if the Trustee believes this is an insufficient amount of time to file the necessary document(s), the Trustee, prior to the expiration of said thirty (30) day period, shall file a written motion and proposed order to extend time explaining the necessity for the extension.

It is **FURTHER ORDERED** that upon review of the status report or other documents filed by the Chapter 7 Trustee, the Court determines that a hearing is required, the matter will be scheduled for a hearing. A copy of the Status Report shall be served upon the Office of the U.S. Trustee.

Dated: 3/4/24

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

cm: Charles Zebley, Esq.
     Office of the U.S. Trustee