# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 3/4/2024 |
| Case: 23–21124–GLT | Form ID: pdf900 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Charles O. Zebley, Jr. | COZ@Zeblaw.com |
| aty | Charles O. Zebley, Jr. | COZ@Zeblaw.com |

TOTAL: 3