FILED
5/9/24 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Case No. 23-21124-GLT |
|  | : | Related to Dkt. No. 28 |
| **CHARLES R. CHADWICK  and** | : | Chapter 7 |
| **CARIN E. CHADWICK,** | : |  |
| *Debtor.* | : |  |
|  | : |  |

### ORDER SCHEDULING STATUS CONFERENCE

On March 4, 2024, the Court issued an *Order* requiring the chapter 7 trustee to file

a status report within 30 days of issuance of the *Order*.  A review of the docket indicates that as of

the date of this *Order*, the chapter 7 trustee has not filed a status report.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED**

that:

      1.    A status conference is scheduled for **June 6, 2024** at **11:00 a.m.** in

Courtroom A, U.S. Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219 to discuss the

status of the case.  Parties that wish to participate in the status conference may do so in compliance

with Judge Taddonio's Procedures.

      2.    On or before **May 28, 2024**, the chapter 7 trustee shall file any response.

Dated: May 9, 2024

_____
GREGORY L. TADDONIO
CHIEF U.S. BANKRUPTCY JUDGE

cm: Debtor
Charles Zebley, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 23-21124-GLT

Charles R. Chadwick                                                         Chapter 7

Carin E. Chadwick

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +  Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| David J. Romito | on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net  romitoesq@comcast.net |
| David J. Romito | on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net  romitoesq@comcast.net |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: May 09, 2024                       Form ID: pdf900                               Total Noticed: 1

Keri P. Ebeck
                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov


TOTAL: 8