UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-21124 GLT |
| | ) | |
| Charles R. Chadwick and Carin E. Chadwick, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Document No.: ____ |
| | ) | |
| Trustee Charles O. Zebley, Jr., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles R. Chadwick and Carin E. Chadwick, | ) | |
| | ) | |
| Respondents. | ) | |

Certification of No Objection Regarding Trustee's Motion
to Approve Settlement of the Estate's Claim to Debtors' Unexempt Assets

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement of the Estate's Claim to Debtors' Unexempt Assets filed on June 4, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement of the Estate's Claim to Debtors' Unexempt Assets appears thereon. Pursuant to the Notice of Hearing, objections to the motion to approve settlement of the estate's claim to debtors' unexempt assets were to be filed and served no later than June 21, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Approve Settlement of the Estate's Claim to Debtors' Unexempt Assets be entered by the Court.

ZEBLEY LAW OFFICE

Dated: June 24, 2024

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com