# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 23-21124-GLT |
| | : | Chapter: 7 |
| Charles R. Chadwick | : | |
| Carin E. Chadwick | : | |
| | : | Date: 7/25/2024 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** # 32 Motion to Approve Settlement of the Estates Claim to Debtors Unexempt Assets.
# 35 - CNO filed

**APPEARANCES:**
Trustee: Charles O. Zebley

**NOTES:** [10:01]

Court: CNO filed, but had some questions about the settlement.

Zebley: Key asset is the Debtor's residence. Debtors originally took federal exemptions. Debtor maintains the property in poor condition. No one gone in to see interior of the property. Estate net around $13,500 from sale, after splitting remaining amount. Believe $8,000 settlement is reasonable.

Court: Seems the vehicle is excluded from the settlement. Issue with no guaranty attached to the SBA proof of claim. Does not seem the Debtors on hook if non-compliance. Estate bears the attorney fees to collect if default? Will give 14 days to provide an amended order.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Approve Settlement of the Estate's Claim to Debtors' Unexempt Assets* [Dkt. No. 32] is provisionally GRANTED pending submission of an amended proposed order, filed on or before August 9, 2024. [Text order].

**DATED:** 7/25/2024