IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-21124 GLT |
| | ) | |
| Charles R. Chadwick and Carin E. Chadwick, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Related to Document Nos.: 32 & 37 |
| | ) | |
| Trustee Charles O. Zebley, Jr., | ) | Document No.: ____ |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles R. Chadwick and Carin E. Chadwick, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, upon consideration of the Trustee's motion to approve the settlement of the estate's claim to Debtors' unexempt assets, the Court hereby orders, adjudges, and decrees as follows:

1. Trustee may accept $8,000 from Debtors Charles R. Chadwick and Carin E. Chadwick to redeem their unexempt equity in their residence known as 3519 Ivy Drive, Murrysville, Westmoreland County, Pennsylvania (the "premises") and their 2014 GMC Savana (the "vehicle").

2. Debtors may not exempt any amount that they pay to the Trustee.

3. Debtors will have until April 30, 2025, to pay the Trustee the $8,000 settlement amount.  Should Debtors fail to pay $8,000 by April 30, 2025, Trustee may retain all amounts paid and proceed with the marketing and sale of Debtors' assets until he nets $22,060 for distribution to Debtors' creditors.  The $22,060 owed in the event of a a default comprises both the unexempt equity in the premises ($13,500) and in the vehicle ($8,510) as set forth in the Trustee's motion.  In addition to owing $22,060, the Debtors will first bear the Trustee's approved attorneys fees and expenses.

4. Upon payment in full of the settlement amount, the Trustee will abandon the estate's interest in the premises and the vehicle.

Order Prepared By Charles O. Zebley, Jr.

BY THE COURT,

Dated: _____    _____J.
United States Bankruptcy Judge