**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| City Of Pittsburgh Property | § | Case No. 17-22729 GLT |
| Development, Inc., | § | Chapter 7 |
| Debtor | § | |
| | § | |
| Charles O. Zebley, Jr., Esquire | § | |
| Movant, | § | |
| | § | |
| vs. | § | |
| | § | |
| City of Pittsburgh Property Development, | § | |
| Inc., | § | |
| Debtor/Respondent | § | |
| | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Charles O. Zebley Jr.</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**UST Form 101-7-NFR (10/1/2010)**

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any written objections must be filed with the court and served on the Applicant on or before Thursday, May 15, 2025, twenty (20) days from the date of this notice plus an additional three (3) days if served by mail. Copies of the application are available from the applicant.

    If you fail to timely file and serve a written response, an order granting the proposed distribution may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

A hearing will be held on May 29, 2025, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date Mailed: 04/25/2025      By: /s/ Charles O. Zebley, Jr.

                                                                                                            Trustee

Charles O. Zebley Jr.
18 Mill Street Square
Uniontown, PA 15401
(724) 439-9200

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21124-GLT |
| Charles R. Chadwick | Chapter 7 |
| Carin E. Chadwick | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639 |
| 15603691 | + | Rt. 22 Self-Storage, 3249 Miracle Lane, Murrysville, PA 15668-1838 |
| 15603695 | + | The Sherwin-Williams Company, 4325-27 Easton Ave., Bethlehem, PA 18020-1431 |
| 15603696 | | The Sherwin-Williams Company, 646 E Pittsburgh St., Greensburg, PA 15601-2653 |
| 15652786 | + | United States of America, Small Business Administration, ATTN Anthony Arroyo, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 30 2025 01:53:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 30 2025 01:39:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15603669 | + | Email/Text: updates@brennanclark.com | Apr 30 2025 01:40:00 | Brennan & Clark, 721 East Madison Street, Suite 200, Villa Park, IL 60181-3083 |
| 15603670 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 30 2025 01:41:32 | Capital One Auto Finance, PO Box 60511, City Of Industry, CA 91716-0511 |
| 15603671 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 01:41:29 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15603672 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 01:41:49 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15603673 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 30 2025 01:39:00 | Comenity - CosmoProf, PO Box 650964, Dallas, TX 75265-0964 |
| 15603674 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2025 01:42:10 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15603675 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2025 01:41:30 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15603678 | | Email/Text: mrdiscen@discover.com | Apr 30 2025 01:39:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15603676 | | Email/Text: mrdiscen@discover.com | Apr 30 2025 01:39:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15603677 | + | Email/Text: mrdiscen@discover.com | Apr 30 2025 01:39:00 | Discover, PO Box 30923, Salt Lake City, UT 84130-0923 |
| 15648204 | | Email/Text: mrdiscen@discover.com | Apr 30 2025 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 15666950 | + Email/Text: jdryer@bernsteinlaw.com | Apr 30 2025 01:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15603679 | + Email/Text: bankruptcy@erieinsurance.com | Apr 30 2025 01:40:00 | Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000 |
| 15603680 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 30 2025 01:39:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15603681 | + Email/Text: crdept@na.firstsource.com | Apr 30 2025 01:40:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 15603682 | Email/Text: crdept@na.firstsource.com | Apr 30 2025 01:40:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 15667200 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 30 2025 01:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15603683 | + Email/Text: Bankruptcy@keystonecollects.com | Apr 30 2025 01:39:00 | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 15603684 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:41:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15660771 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:41:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15603685 | Email/Text: bknotices@mbandw.com | Apr 30 2025 01:39:00 | McCarthy, Burgess & Wolff, Inc., 26000 Cannon Road, Cleveland, OH 44146 |
| 15603686 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2025 01:39:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401-1820 |
| 15603688 | + Email/Text: ngisupport@radiusgs.com | Apr 30 2025 01:39:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15603687 | + Email/Text: ngisupport@radiusgs.com | Apr 30 2025 01:39:00 | Radius Global Solutions LLC, 7831 Glenroy Rd., Ste 250-A, Minneapolis, MN 55439-3117 |
| 15603689 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:41:32 | Resurgent / LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15603690 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:42:09 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 15603700 | Email/Text: wpainfo@sba.gov | Apr 30 2025 01:39:00 | U.S. Small Business Administration, 3 Parkway Center, Suite 375, Pittsburgh, PA 15220 |
| 15603699 | Email/Text: wpainfo@sba.gov | Apr 30 2025 01:39:00 | U.S. Small Business Administration, 411 Seventh Ave #1450, Pittsburgh, PA 15219 |
| 15603692 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 01:54:08 | Sam's Club MC/SyncB, PO Box 960013, Orlando, FL 32896-0013 |
| 15603693 | Email/Text: PDELINQ@sba.gov | Apr 30 2025 01:39:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 15603694 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 01:41:57 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15603697 | + Email/Text: PDELINQ@sba.gov | Apr 30 2025 01:39:00 | U.S. Small Business Administration, Disaster Assistance, Processing and Disbursement Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 15603698 | + Email/Text: bankruptcynotices@sba.gov | Apr 30 2025 01:39:00 | U.S. Small Business Administration, 409 3rd St, SW., Washington, DC 20416-0002 |

TOTAL: 35

Case 23-21124-GLT    Doc 53    Filed 05/01/25    Entered 05/02/25 00:30:30    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 40 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| David J. Romito | on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net romitoesq@comcast.net |
| David J. Romito | on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net romitoesq@comcast.net |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 8