UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-21124 GLT |
| | ) | |
| Charles R. Chadwick and | ) | Chapter 7 |
| Carin E. Chadwick, | ) | |
| | ) | Document No.: _____ |
| Debtors. | ) | |
| | ) | Related to Document Nos. 43, 49, 50 & 52 |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | Hearing Date and Time: May 29, 2025, at 10:00 a.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles R. Chadwick and | ) | |
| Carin E. Chadwick | ) | |

Debtors/Respondents.

### Certification of No Objection Regarding
### Trustee's Final Report and Applications for Compensation

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation filed on April 25, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Final Report and Applications for Compensation were to be filed and served no later than May 20, 2025.

It is hereby respectfully requested that the Order attached to the Trustee's Final Report and Applications for Compensation be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: May 22, 2025

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com