**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/23/25 5:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:

**Charles R. Chadwick,**
**Carin E. Chadwick,**

    **Debtors.**

**Charles O. Zebley, Jr., Esquire,**

    Movant,

vs.

**Charles R. Chadwick,**
**Carin E. Chadwick,**

    Debtors/Respondents.

**Case No. 23-21124 GLT**

Related dkt. No. 49

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __23rd__ day of __May__, 2025, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,550.00 is reasonable compensation for the services in this case by Charles O. Zebley, Jr., trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $53.77 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

Prepared by: __Charles Zebley, Esq.__

**DEFAULT ENTRY**

Dated: May 23, 2025

_____
Gregory Taddonio  hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-21124-GLT
Charles R. Chadwick  Chapter 7
Carin E. Chadwick
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 27, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

**Recip ID     Recipient Name and Address**
db/jdb     + Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

**Name     Email Address**

Charles O. Zebley, Jr.
    COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
    on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

David J. Romito
    on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net  romitoesq@comcast.net

David J. Romito
    on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net  romitoesq@comcast.net

Denise Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8