FILED
5/23/25 5:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Charles R. Chadwick,** | : | **Case No. 23-21124 GLT** |
| **Carin E. Chadwick** | : | |
| | : | **Chapter 7** |
| Debtors. | : | |
| | : | Related Dkt. No. 43 |
| **Charles O. Zebley, Jr., Esquire,** | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Charles R. Chadwick,** | : | |
| **Carin E. Chadwick** | : | |
| | : | |
| Debtors/Respondents. | : | |

<u>**ORDER OF DISTRIBUTION**</u>

AND NOW, this  23rd day of    May        , 2025, the Trustee, Charles O. Zebley, Jr.,

is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached

Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10)

days after the appeal period for this order expires, and (ii) transmit to the United States Trustee,

within one hundred twenty (120) days after the appeal period for this order expires, statements for

all estate deposit or investment accounts indicating zero balances and all canceled checks

corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Prepared by:   Charles Zebley, Esq.

**DEFAULT ENTRY**

Dated: May 23, 2025

Gregory L. Taddonio    **hct**
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-21124-GLT

Charles R. Chadwick                                                                   Chapter 7

Carin E. Chadwick

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                               User: auto                                              Page 1 of 2

Date Rcvd: May 27, 2025                        Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles R. Chadwick, Carin E. Chadwick, 3519 Ivy Drive, Murrysville, PA 15668-1639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| David J. Romito | on behalf of Joint Debtor Carin E. Chadwick romitoesq@verizon.net  romitoesq@comcast.net |
| David J. Romito | on behalf of Debtor Charles R. Chadwick romitoesq@verizon.net  romitoesq@comcast.net |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

Keri P. Ebeck
                            on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                            btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8