**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

| | | |
|---|---|---|
| In re: | | |
| CHARLES R CHADWICK | § | Case No. 23-21124 GLT |
| CARIN E CHADWICK | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |
| CHARLES O. ZEBLEY, JR. | § | |
| Trustee/Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| CHARLES R. CHADWICK | § | |
| CARIN E. CHADWICK. | § | |
| | § | |
| Debtors/Respondents | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Charles O. Zebley Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $31,350.00 | Assets Exempt: | $12,860.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,028.10 | Claims Discharged Without Payment: | $80,874.42 |
| Total Expenses of Administration: | $2,971.90 | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $241,311.00 | $2,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,971.90 | $2,971.90 | $2,971.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $42,580.53 | $59,795.52 | $59,795.52 | $5,028.10 |
| **TOTAL DISBURSEMENTS** | $283,891.53 | $64,767.42 | $62,767.42 | $8,000.00 |

4) This case was originally filed under chapter 7 on 05/24/2023. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/22/2025     By: /s/ Charles O. Zebley Jr.
                          Trustee

UST Form 101-7-TDR ( 10 /1/2010)

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3519 Ivy Drive, Murrysville, PA | 1110-000 | $8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | United States of America | 4110-000 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| N/F | Capital One Auto Finance | 4110-000 | $14,564.00 | NA | NA | NA |
| N/F | First National Bank | 4110-000 | $2,490.00 | NA | NA | NA |
| N/F | PNC Mortgage | 4110-000 | $182,468.00 | NA | NA | NA |
| N/F | Small Business Administration | 4110-000 | $41,789.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$241,311.00** | **$2,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Charles O. Zebley Jr. | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| Trustee, Expenses - Charles O. Zebley Jr. | 2200-000 | NA | $53.77 | $53.77 | $53.77 |
| Attorney for Trustee Fees - Charles O. Zebley, Jr. | 3110-000 | NA | $1,290.00 | $1,290.00 | $1,290.00 |
| Bond Payments - BOND | 2300-000 | NA | $9.32 | $9.32 | $9.32 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $68.81 | $68.81 | $68.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,971.90** | **$2,971.90** | **$2,971.90** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $12,390.00 | $12,390.81 | $12,390.81 | $1,041.93 |
| 2U | United States of America | 7100-000 | NA | $43,321.18 | $43,321.18 | $3,642.80 |
| 3 | LVNV Funding, LLC | 7100-000 | $1,926.46 | $1,926.46 | $1,926.46 | $161.99 |
| 4 | Duquesne Light Company | 7100-000 | $112.90 | $112.90 | $112.90 | $9.49 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | $2,044.17 | $2,044.17 | $2,044.17 | $171.89 |
| N/F | Brennan & Clark | 7100-000 | $876.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $3,466.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $3,591.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $4,570.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $3,409.00 | NA | NA | NA |
| N/F | Comenity - CosmoProf | 7100-000 | $713.00 | NA | NA | NA |
| N/F | Credit One Bank | 7100-000 | $1,926.00 | NA | NA | NA |
| N/F | Erie Insurance | 7100-000 | $1,407.00 | NA | NA | NA |
| N/F | Keystone Collections Group | 7100-000 | $409.00 | NA | NA | NA |
| N/F | Rt. 22 Self-Storage | 7100-000 | $734.00 | NA | NA | NA |
| N/F | Sam's Club MC/SyncB | 7100-000 | $1,683.00 | NA | NA | NA |
| N/F | The Sherwin-Williams Company | 7100-000 | $3,323.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$42,580.53** | **$59,795.52** | **$59,795.52** | **$5,028.10** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-21124 GLT | Trustee Name: | (580740) Charles O. Zebley Jr. |
|---|---|---|---|
| Case Name: | CHARLES R CHADWICK | Date Filed (f) or Converted (c): | 05/24/2023 (f) |
| | CARIN E CHADWICK | § 341(a) Meeting Date: | 06/30/2023 |
| For Period Ending: | 08/22/2025 | Claims Bar Date: | 12/22/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3519 Ivy Drive, Murrysville, PA | 235,000.00 | 8,000.00 | | 8,000.00 | FA |
| 2 | 2014 GMC Savana | 11,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Honda Odyssey | 14,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | TVs, computer, smart phones | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. clothes | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring and band | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Business checking: Dollar Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Dollar Bank | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Tools used in debtor husband's home improvement | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$266,350.00** | **$8,000.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settlement approved.  Debtor made all payments.

**Initial Projected Date Of Final Report (TFR):** 04/30/2025     **Current Projected Date Of Final Report (TFR):** 02/28/2025 (Actual)

| 08/22/2025 | /s/Charles O. Zebley Jr. |
|---|---|
| Date | Charles O. Zebley Jr. |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 23-21124 GLT | Trustee Name: | Charles O. Zebley Jr. (580740) |
|---|---|---|---|
| Case Name: | CHARLES R CHADWICK | Bank Name: | Metropolitan Commercial Bank |
|  | CARIN E CHADWICK | Account #: | ******2720 Checking |
| Taxpayer ID #: | **-***1624 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/22/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/12/24 | {1} | Charles O. Zebley, Jr., Trustee | Unexempt Equity | 1110-000 | 1,000.00 |  | 1,000.00 |
| 06/28/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 995.00 |
| 07/10/24 | {1} | CHARLES O. O. ZEBLEY, JR. | Unexempt Equity | 1110-000 | 1,000.00 |  | 1,995.00 |
| 07/31/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,990.00 |
| 08/21/24 | {1} | Charles O. Zebley, Jr. | Unexempt Equity | 1110-000 | 1,000.00 |  | 2,990.00 |
| 08/30/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,985.00 |
| 09/18/24 | {1} | CHARLES O. O. ZEBLEY, JR. | Unexempt Equity | 1110-000 | 2,000.00 |  | 4,985.00 |
| 09/30/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.46 | 4,979.54 |
| 10/17/24 | {1} | Charles O. Zebley, Jr. Esquire | Unexempt Equity | 1110-000 | 1,000.00 |  | 5,979.54 |
| 10/31/24 | {1} | Charles O. Zebley, Jr., Trustee | # 23-21124 GLT | 1110-000 | 2,000.00 |  | 7,979.54 |
| 10/31/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 9.44 | 7,970.10 |
| 11/29/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 11.78 | 7,958.32 |
| 12/31/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 13.99 | 7,944.33 |
| 01/08/25 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT | 2300-000 |  | 9.32 | 7,935.01 |
| 01/31/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 13.14 | 7,921.87 |
| 07/10/25 | 102 | Charles O. Zebley Jr. | Trustee Fees | 2100-000 |  | 1,550.00 | 6,371.87 |
| 07/10/25 | 103 | Charles O. Zebley Jr. | Trustee Expenses | 2200-000 |  | 53.77 | 6,318.10 |
| 07/10/25 | 104 | Charles O. Zebley, Jr. | Atty Fees | 3110-000 |  | 1,290.00 | 5,028.10 |
| 07/10/25 | 105 | Discover Bank | Bankruptcy claim | 7100-000 |  | 1,041.93 | 3,986.17 |
| 07/10/25 | 106 | United States of America | Bankruptcy Claim | 7100-000 |  | 3,642.80 | 343.37 |
| 07/10/25 | 107 | LVNV Funding, LLC | Bankruptcy Claim | 7100-000 |  | 161.99 | 181.38 |
| 07/10/25 | 108 | Duquesne Light Company | Bankruptcy Claim | 7100-000 |  | 9.49 | 171.89 |
| 07/10/25 | 109 | Jefferson Capital Systems LLC | Bankruptcy Claim | 7100-000 |  | 171.89 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
| Subtotal | 8,000.00 | 8,000.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $8,000.00 | $8,000.00 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** 23-21124 GLT | **Trustee Name:** Charles O. Zebley Jr. (580740) |
| **Case Name:** CHARLES R CHADWICK / CARIN E CHADWICK | **Bank Name:** Metropolitan Commercial Bank |
| | **Account #:** ******2720 Checking |
| **Taxpayer ID #:** **-***1624 | **Blanket Bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** 08/22/2025 | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2720 Checking | $8,000.00 | $8,000.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |

08/22/2025                              /s/Charles O. Zebley Jr.
Date                                    Charles O. Zebley Jr.

UST Form 101-7-TDR (10 /1/2010)